476 A.2d 83

Topor v. Begelman, et al., Appellants.

Petition for Allowance of Appeal
Denied Oct. 17, 1984.

Argued February 22, 1984. Jeffrey S. Saltz, for appellants; Harry M. Sablosky, for appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Order affirmed.